USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8-31-11_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
JONATHAN KING,

                              Plaintiff,                          10 Civ. 9546 (PKC)(RLE)

         -against-                                       ORDER ADOPTING REPORT
                                                         AND RECOMMENDATION

C.O. SAUL, et. al.,

                              Defendants.
--------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

         Plaintiff Jonathan King, proceeding *pro se*, filed his Complaint in this action on

December 17, 2010. At the time plaintiff filed the Complaint he was incarcerated in the George

Motchan Detention Center and listed the address of the facility as his address. This address is

reflected on the docket sheet. On January 25, 2011, a Service Package was mailed to plaintiff at this

address. On March 1, 2011, the Service Package was returned as undeliverable, as plaintiff had been

released. Plaintiff has not filed a change of address with the Court or otherwise contacted the Court.

Service has not been effected in the case. In light of plaintiff's failure to contact the Court, respond

to court orders or serve any defendant, Magistrate Judge Ellis, to whom this case was referred for

general pretrial services, issued a Report and Recommendation (the "R & R") entered on the docket

on July 18, 2011, recommending that the case be dismissed without prejudice for failure to

prosecute.

         The R & R advised the plaintiff that he had fourteen days from service of the R & R

to file any objections, and warned that failure to timely file such objections would result in waiver of

any right to object. As of the date of this Order, no objections have been filed and no request for an

extension of time to object has been made. The R & R expressly called plaintiff's attention to Rule

72(b), Fed. R. Civ. P., and 28 U.S.C. § 636(b)(1).   Plaintiff received clear notice of the

consequences of the failure to object and has waived the right to object to the R & R or obtain

appellate review.  See Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992), *cert. denied*, 506 U.S.

1038 (1992); see also Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d Cir. 2008).

      The R & R is adopted and the action is DISMISSED without prejudice.  The

Clerk is directed to enter judgment for the defendants.


      SO ORDERED.

                                 P. Kevin Castel
                        United States District Judge


Dated: New York, New York
       August 31, 2011